UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TELLY SAVLAES AMBROSE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2791** |
| **JEFFERSON PARISH DETENTION CENTER, ET AL.** | **SECTION "E" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Telly Savlaes Ambrose's 42 U.S.C. § 1983 complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to FED. R. CIV. PROC. 41(b).

New Orleans, Louisiana, this 12th day of December, 2022.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**